Order entered March 5, 2019



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00792-CV

**ETX SUCCESSOR TYLER F/K/A EAST TEXAS MEDICAL CENTER A/K/A EAST TEXAS MEDICAL CENTER TYLER, Appellant**

**V.**

**THE ESTATE OF THERESA FREEMAN, BY AND THROUGH RADONDA ELLIS, AS INDEPENDENT EXECUTOR, Appellee**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 99320-422**

## ORDER

Before the Court is appellee's March 4, 2019 motion for an extension of time to file its cross-appellant's reply brief. We **GRANT** the motion. We **ORDER** the reply brief tendered by appellee on March 4, 2019 filed as of the date of this order.

/s/    KEN MOLBERG
          JUSTICE